# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Richard Hodum et al.,

    Plaintiffs

v.

Allied Collection Services, Inc., et al,

    Defendants

Case No.: 2:13-cv-88-JAD-NJK

**Order**

After the defendants failed to answer in this case and plaintiffs failed to seek default judgment, I entered an order to show cause why this action should not be dismissed for failure to prosecute.[1] Plaintiffs Richard Hodum and Audrey Ghigliotty entered a notice of voluntary dismissal, followed by a response to my order stating that the case has been settled.[2] This case has been closed. Accordingly, and with good cause appearing, I find that my order to show cause is satisfied.

DATED December 4, 2014.

                                        _____
                                        Jennifer A. Dorsey
                                        United States District Judge

---

[1] Doc. 16 at 1–2.

[2] Docs. 17–18.

1